UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Wallace Randolf Danner      Docket No. 5:03-CR-307-1BR

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Wallace Randolf Danner, who, upon an earlier plea of guilty to Possession of Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on November 2, 2004, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Wallace Randolf Danner was released from custody on August 2, 2016, at which time the term of supervised release commenced. As a result of the defendant testing positive for marijuana on November 3, 2016, a Violation Report was forwarded to the court recommending continuing supervision to allow the defendant to participate in substance abuse treatment. As a result of the defendant testing positive for marijuana on December 6 and December 27, 2016, the court modified the conditions of supervised release to include 90 days of curfew.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 13, 2017, the defendant submitted a urine specimen which tested positive for marijuana. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and in an effort to deter future drug use, we would respectfully recommend that his supervision be modified to include an additional 60 days of curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for an additional period of 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain | /s/ Keith W. Lawrence |
| Michael C. Brittain | Keith W. Lawrence |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2538 |
| | Executed On: March 10, 2017 |

### ORDER OF THE COURT

Considered and ordered this __13__ day of __March__, 2017, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge

Case 5:03-cr-00307-BR    Document 40    Filed 03/13/17    Page 1 of 1