# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### DOCKET NO. 5:03-CR-307-1BR

| | | |
|---|---|---|
| **United States Of America** | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| **Wallace Randolf Danner** | ) | |
| | ) | |

On November 2, 2004, Wallace Randolf Danner appeared before the Honorable W. Earl Britt, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced to the custody of the Bureau of Prisons for a term of 188 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Wallace Randolf Danner was released from custody and the term of supervised release commenced on August 2, 2016.

From evidence presented at the revocation hearing on September 13, 2017, the court finds as a fact that Wallace Randolf Danner, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be terminated and the defendant be released from custody.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the release order.

This the 14th day of September, 2017.

W. Earl Britt
Senior U.S. District Judge